DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 2018-37 |
| ) | |
| **AUBREY FRETT** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

ATTORNEYS:

**Gretchen Shappert, United States Attorney**
**Everard E. Potter, AUSA**
**Nathan Brooks, AUSA**
United States Attorney's Office
St. Thomas, VI
　　*For the United States of America,*

**Richard Coughlin, Federal Public Defender**
**Kia Sears, AFPD**
Federal Public Defender Office
St. Thomas, VI
　　*For Aubrey Frett.*

## ORDER

**GÓMEZ, J.**

On June 17, 2019, the Court held a status conference with the parties. At that conference, the parties discussed the Government's failure to disclose DNA-related evidence to Aubrey Frett ("Frett") within the May 16, 2019, discovery deadline. As a consequence of the Government's failure, Frett has moved to exclude all DNA-related evidence.

At Frett's May 9, 2019, arraignment, the Magistrate Judge ordered discovery to be complete by May 16, 2019. Despite that order, the DNA laboratory report--dated November 16, 2018--was first disclosed to Frett's counsel on June 7, 2019. Trial in this matter is currently set to commence June 24, 2019.

The premises considered; it is hereby

**ORDERED** that, no later than 9:00 a.m. on June 18, 2019, the parties shall each file a brief addressing the following issues:

1) Whether Frett has suffered prejudice because of the Government's failure to disclose DNA-related evidence; and
2) Any appropriate remedies the Court should order in these circumstances.

S_____
**Curtis V. Gómez**
**District Judge**