## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:18-cr-0037 |
| ) | |
| **AUBREY FRETT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**BEFORE THE COURT** is Aubrey Frett's motion for a judgment of acquittal on Count One of the Indictment. For the reasons stated in the accompanying Memorandum Opinion of even date, the Court will grant the motion. Accordingly, it is hereby

**ORDERED** that Frett's motion for a judgment of acquittal on Count One of the Indictment is **GRANTED;** it is further

**ORDERED** that Count One of the Indictment charging Aubrey Frett with Possession of a Firearm with an Obliterated Serial Number is **DISMISSED with prejudice**; and it is further

**ORDERED** that Frett's motion, ECF No. 97, for an order on his motion for a judgment of acquittal is **MOOT**.

**Dated:** October 2, 2020         /s/ *Robert A. Molloy*
                          **ROBERT A. MOLLOY**
                          **District Judge**